IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

10 JUN -1 AM 10: 13

------

UNITED STATES OF AMERICA

          Plaintiff

-vs-

CHRISTOPHER DUNBAR

          Defendant

: CASE NO. 1:09 CR 371
:
: ORDER ACCEPTING PLEA AGREEMENT
: AND JUDGMENT AND NOTICE OF
: HEARING

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Christopher Dunbar which was referred to the Magistrate Judge with the consent of the parties.

    On 19 August 2009, the government filed a five-count indictment against Christopher Dunbar for conspiracy in violation of 18 U.S.C. § 371, mail fraud in violation of 18 U.S.C. § 1341 and § 2, and wire fraud in violation of 18 U.S.C. §1343 and § 2. On 8 September 2009, a hearing was held in which Christopher Dunbar entered a plea of not guilty before Magistrate Judge William H. Baughman, Jr. On 12 May 2010, Magistrate Judge McHargh received Christopher Dunbar's plea of guilty and issued a

Report and Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Christopher Dunbar is found to be competent to enter a plea. He understands his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Christopher Dunbar is adjudged guilty of Counts 9, 10, 11 and 12 in violation of 18 U.S.C. § 1341, § 2, and § 1343.

Sentencing will be:

>  **29 July 2010 at 9:30 a.m.**
>
> **Courtroom 16-B**
> **16th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: 1 June 2010

_____
UNITED STATES DISTRICT JUDGE

2