IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| ------------------------------------------------ : | |
| UNITED STATES OF AMERICA, : | CASE NO. 1:09 CR 0371-5 |
|  : | |
| Plaintiff : | |
|  : | ORDER ADOPTING REPORT AND |
| -vs- : | RECOMMENDATION, REVOKING |
|  : | SUPERVISED RELEASE, IMPOSING |
| CHRISTOPHER DUNBAR : | CONSECUTIVE SENTENCE, AND |
|  : | TERMINATING FURTHER |
| Defendant : | SUPERVISED RELEASE |
| ------------------------------------------------ : | |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter was referred to United States Magistrate Judge Kenneth S. McHargh for a supervised release violation hearing for the purpose of returning a Report and Recommendation (R&R), pursuant to 28 U.S.C. § 636(b)(1)(B). Following a hearing in which Mr. Dunbar was represented by counsel, Magistrate Judge McHargh returned a recommendation that the defendant knowingly and voluntarily admitted to the supervised release violations (4) through (10) presented in the violations report. (Doc. 146).

This Court held a revocation hearing on 4 September 2012. Mr. Dunbar was represented by Thomas Shaughnessy, the Government was represented by AUSA

Vasile Katsaros.  Mr. Dunbar's probation officer, Kenneth Dodds, also attended the hearing.  Upon review of the Defendant's admission of violations the Court finds the following: Defendant's admitted Grade C violations (USSG § 7B1.1(c)), along with his Criminal History Category of III, combine to afford a revocation range of imprisonment of from 5 to 11 months (USSG § 7B1.4(a)).

After reviewing the record and hearing statements the Court revokes Mr. Dunbar's supervised release and remands him to the U.S. Marshals' to serve a term of imprisonment of 11 months.  Mr. Dunbar's sentence shall run consecutive to any state sentence imposed by the state court.  Upon completion of his 11 month term of incarceration no further supervised release will follow in the instant matter.

IT IS SO ORDERED.

   /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 13 September 2012